# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HERBERT WARREN,<br><br>   Petitioner,<br><br>  v.<br><br>WILLIAM KNIPP, Warden,<br><br>   Respondent. | Case No. EDCV 12-1245-JLS (JEM)<br><br>**J U D G M E N T** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: November 3, 2013

                   JOSEPHINE L. STATON
                   JOSEPHINE L. STATON
                 UNITED STATES DISTRICT JUDGE